# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JUAN MANUEL GONZALEZ-PATRON,<br><br>Defendant | Case No.: 18cr525 JM<br><br>**ORDER AND JUDGEMENT GRANTING MOTION TO DISMISS THE INDICTMENT** |

Upon motion of the United States and for good cause shown,

IT IS ORDERED that the Indictment be dismissed with prejudice. This case is terminated.

SO ORDERED.

Dated: May 7, 2018

JEFFERY T. MILLER
United States District Judge